ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>       Plaintiff, <br><br> v. <br><br> BROOK MULLER, <br><br>       Defendant. | Case No. 5:25-po-00282-CDB <br><br> [Citation #F5256505 CA/32] <br><br> MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Eric Grant, United States Attorney, and Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 5:25-po-00282-CDB [Citation #F5256505 CA/32] against BROOK MULLER, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 10, 2025                    Respectfully submitted,

                                            ERIC GRANT
                                            United States Attorney

                                       By:  /s/ *Luke Baty*
                                            LUKE BATY
                                            Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:25-po-00282-CDB [Citation #F5256505 CA/32] against BROOK MULLER is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **December 11, 2025**

_____
UNITED STATES MAGISTRATE JUDGE